# Exhibit "1"

E-mail dated March 12, 2010

from Neal H. Levin, Esq.,
Freeborn & Peters LLP
to
Jacob Gitman
and
Michael Giventer

"Is there anything left of the business?  Just in case, we're going to file these next week."

**Subject:** FW: Giventer/Blanc

**Attachments:** ATT00223.doc; ATT00226.htm; ATT00229.doc; ATT00232.htm; ATT00235.doc; ATT00238.htm; ATT00241.doc; ATT00244.htm

**From:** "Levin, Neal H." <nhlevin@freebornpeters.com>
**Date:** March 12, 2010 5:53:27 PM EST
**To:** <jacob@vgmtel.com>
**Cc:** "Michael" <blancmike@gmail.com>
**Subject: Giventer/Blanc**

Hello, Jacob. Is there anything left of the business? Just in case, we're going to file these next week.
I assume that there will be no objection if the companies are now lifeless.
Regards,
Neal


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neal H. Levin, Esq.
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL  60606
312/360-6530
312/360-6573 (fax)
nhlevin@freebornpeters.com
http://www.freebornpeters.com
Twitter: http://twitter.com/FraudAttorney
LinkedIn: http://www.linkedin.com/in/fraudattorney