# Exhibit "2"

Draft dated March 15, 2010

from Neal H. Levin, Esq.,
Freeborn & Peters LLP
to
Jacob Gitman
and
Michael Giventer

"PLAINTIFF'S MOTION TO COMPEL PRODUCTION BY AGRO-ENERGY HOLDING, LLC"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 02-20245-CIV-HUCK
Hon. Paul C. Huck

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

      Plaintiffs,

vs.

SLAVIK STEIN, et al.,

      Defendants.
_____/

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION BY AGRO-ENERGY HOLDING, LLC

Pursuant to Federal Rules of Civil Procedure 37 and 45, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Insurance Company of Texas (together, "State Farm") hereby move this Court to compel Agro-Energy Holding, LLC ("Agro Holding") and its manager, Yakov Gitman ("Gitman"), to produce certain documents responsive to the Rule 45 subpoena issued to Argo Holding.

As more fully explained in the accompanying Memorandum of Law, State Farm issued a subpoena to Agro Holding on December 23, 2009. The subpoena commanded Agro Holding to appear for a deposition on December 29, 2009. It also commanded Agro Holding to produce certain documents, in accordance with Federal Rule of Civil Procedure 45. On December 29, 2009, in accordance with the subpoena, State Farm deposed Gitman, who acknowledged receipt of the subpoena and did produce some documents responsive to the subpoena. However, Gitman failed to produce a number of documents that he acknowledged existed but would not produce without an order from this Court.

Therefore, Agro Holding failed its obligations under the subpoena and federal rules. In accordance with Federal Rule of Civil Procedure 37(a)(5)(A), this Court should require Agro Holding to pay State Farm's reasonable expenses incurred in making this motion, including attorney's fees. Additionally, in accordance with Federal Rule of Civil Procedure 45(e), this Court should hold Agro Holding and Gitman in contempt for failing to obey the subpoena without an adequate excuse despite being served.

WHEREFORE, State Farm hereby respectfully requests that its motion be granted and that this Court compel Agro-Energy Holding, LLC and Yakov Gitman to produce the documents identified in the accompanying Memorandum of Law, assess against Agro-Energy Holding, LLC the costs and fees associated with the Motion and supporting Memorandum of Law in support thereof, find Agro-Energy Holding, LLC and Yakov Gitman in contempt, and grant all such further relief as the Court deems appropriate.

Dated: March 15, 2010                                    Respectfully submitted,

                                                         /s/   Neal Levin
                                                         Neal H. Levin
                                                         Illinois Bar No. 6203156
                                                         *Attorney in Charge*
                                                         Daniel S. Dooley
                                                         Illinois Bar No. 6274831
                                                         FREEBORN & PETERS LLP
                                                         311 South Wacker Drive, Suite 3000
                                                         Chicago, Illinois 60606
                                                         Telephone: (312) 360-6000
                                                         Facsimile: (312) 360-6573

                                                         *Attorneys for State Farm Mutual Automobile Insurance Company and State Farm Mutual Insurance Company of Texas*