# Exhibit "4"

Draft dated March 15, 2010

from Neal H. Levin, Esq.,
Freeborn & Peters LLP
to
Jacob Gitman
and
Michael Giventer

"PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR APPOINTMENT OF A RECEIVER"

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 02-20245-CIV-HUCK
Hon. Paul C. Huck

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Plaintiffs,

vs.

SLAVIK STEIN, SEMYON SLADKEVICH,
et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER
AND FOR APPOINTMENT OF A RECEIVER**

Pursuant to Federal Rule of Civil Procedure 66, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Insurance Company of Texas (together, "State Farm") hereby move for a temporary restraining order and appointment a receiver or, in the alternative, for a temporary restraining order and appointment of a special fiscal agent.

As more fully explained in the accompanying Memorandum of Law, Michael Giventer ("Giventer") owes State Farm $8.6 million plus millions of dollars in interest, attorneys fees and costs based upon a judgment (the "*Judgment*") from the District Court for the Southern District of Texas stemming from his role in a far-reaching insurance fraud scheme. Consistent with his past history, Giventer now appears to be using his father-in-law, Oleg Shvabsky ("Oleg") as a "straw person" here in this District to hide assets and use other individuals and companies to generate income, while avoiding his obligations to State Farm and other creditors. Three Florida entities, Agro-Energy Holdings, LLC, Agro-Energy Holdings International, Inc., and Agro-

Energy USA Inc. (collectively, "Agro"), were created using Oleg's name at the behest of Giventer as the latest way for Giventer to make money and hide it from creditors. This Court should issue a temporary restraining order and appoint a receiver to investigate and take control of Agro.

WHEREFORE, State Farm hereby respectfully requests that its motion be granted and that this Court issue a temporary restraining order with the restraints set forth in the accompanying Memorandum of Law and appoint a receiver with the rights, powers, and duties set forth in the accompanying Memorandum of Law. In the alternative, State Farm hereby respectfully requests that its motion be granted and that this Court issue a temporary restraining order with the restraints set forth in the accompanying Memorandum of Law and appoint a special fiscal agent with the rights, powers, and duties set forth in the accompanying Memorandum of Law.

Dated: March 15, 2010                           Respectfully submitted,

                                                /s/  Neal Levin
                                                Neal H. Levin
                                                Illinois Bar No. 6203156
                                                *Attorney in Charge*
                                                Daniel S. Dooley
                                                Illinois Bar No. 6274831
                                                FREEBORN & PETERS LLP
                                                311 South Wacker Drive, Suite 3000
                                                Chicago, Illinois 60606
                                                Telephone: (312) 360-6000
                                                Facsimile: (312) 360-6573

                                                *Attorneys for State Farm Mutual Automobile Insurance Company and State Farm Mutual Insurance Company of Texas*