# Exhibit "6"

E-mail dated March 18, 2010

from Neal H. Levin, Esq.,
Freeborn & Peters LLP

to

Jacob Gitman

and

Michael Giventer

"Do you want to simply turn Agro over since it isn't doing business anymore or shall I file this and do it formally?"

**Subject:** FW: Giventer/Blanc

From: "Levin, Neal H." <nhlevin@freebornpeters.com>
Date: March 18, 2010 4:23:42 PM EDT
To: <jacob@vgmtel.com>
Cc: "Michael" <blancmike@gmail.com>
**Subject: RE: Giventer/Blanc**

Did you want to simply turn Agro over since it isn't doing business anymore or shall I file this and do it formally?

**From:** Levin, Neal H.
**Sent:** Friday, March 12, 2010 4:53 PM
**To:** 'jacob@vgmtel.com'
**Cc:** 'Michael'
**Subject:** Giventer/Blanc

Hello, Jacob. Is there anything left of the business? Just in case, we're going to file these next week.
I assume that there will be no objection if the companies are now lifeless.
Regards,
Neal


*********************************
Neal H. Levin, Esq.
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606
312/360-6530
312/360-6573 (fax)
nhlevin@freebornpeters.com
http://www.freebornpeters.com
Twitter: http://twitter.com/FraudAttorney
LinkedIn: http://www.linkedin.com/in/fraudattorney