# Exhibit "2"

E-mail dated Nov. 11, 2010

from Neal H. Levin, Esq.,
Freeborn & Peters LLP
to
Jacob Gitman

"looks like you moved some money to Ukraine for the plant. What happened to that money?"

**Subject:**     FW: Giventer
**Attachments:** six patents.PDF; ATT00366.htm

> **From:** "Levin, Neal H." <nhlevin@freebornpeters.com>
> **Date:** November 11, 2010 2:02:30 PM EST
> **To:** "'jacob@vgmtel.com'" <jacob@vgmtel.com>
> **Subject: FW: Giventer**
>
> We count 6 patents.
> Also, looks like you moved some money to Ukraine for the plant.  What happened to that money?
> Is this your place as well?
> Ukraine
> 65026 Odessa
> Saboneev Most, dom 5/7, kv. 14
>
>
> -----Original Message-----
> From: Bartlett, Alan
> Sent: Thursday, November 11, 2010 9:09 AM
> To: Levin, Neal H.; Mayer, Michael S.; Holland, Tracey L.
> Subject: Giventer
>
>
> Six Biofuel Patents by Shvabsky and Gitman.
>
>
> 1  US20100227388  Reactor for growing cultures
> A reactor for growing a culture has a plurality of sections located above each other in a vertical direction and each having a peripheral surface, a bottom, and a top forming together a container...
>
> 2  US20100227391  Device for squeezing of biological mass of cultures
> A device for wringing a biological mass of cultures has a substantially vertical container having a bottom provided with a discharge opening, a rotor means located under the discharge opening and...
>
> 3  7824905  Biological reactor
> A biological reactor for growing a biological mass has a tank with an interior for growing the biological mass, a plate movable in a substantially vertical direction and an interior of the tank,...
>
> 4  US20100120137  Apparatus for growing biological mass
> An apparatus for growing biological mass has a container for accommodating and growing a biological mass, a unit for supplying liquid in the container, a unit for supplying $CO_2$ in the container,...

5  US20100120135  Apparatus for growing biological mass
An apparatus for growing biological mass has a container for accommodating a biological mass in liquid to be grown in presence of light, a plurality of light sources in an interior of the...

6  US20100227389  Biological reactor
A biological reactor for growing a biological mass has a tank with an interior for growing the biological mass, a plate movable in a substantially vertical direction and an interior of the tank,...