# Exhibit "5"

## 11-22-10 E-mail from Charles Lichtman, Esq., Berger Singerman To Isaac M. Jaroslawicz, Esq.

"I apologize for having a very busy practice that prevents me from dropping what I'm doing to accommodate your frivolous waste of time and money on these useless depositions."

**Isaac M. Jaroslawicz, Esq.**

**From:** Charles H. Lichtman [CLichtman@bergersingerman.com]
**Sent:** Monday, November 22, 2010 11:13 PM
**To:** Isaac M. Jaroslawicz, Esq.
**Cc:** Levin, Neal H.
**Subject:** Re: Depsotions

I apologize for having a very busy practice that prevents me from dropping what I'm doing to accommodate your frivolous waste of time and money on these useless depositions. Nevertheless we will make ourselves available prior to the hearing.
Sent from my iPhone

On Nov 22, 2010, at 7:51 PM, "Isaac M. Jaroslawicz, Esq." <Isaac@MyLawyerIsaac.com> wrote:

> Is that AFTER the 12/2 date at 10 that we all agreed upon in the courtroom?
>
> We could probably do Neal on the afternoon of the 3rd if he is still in town and available (probably also going slightly into evening).
>
>
> Sent from my iPhone
> ----------------------------
> Isaac M Jaroslawicz, Esq.
> 305-775-7868
> Isaac@MyLawyerIsaac.com
> www.MyLawyerIsaac.com
>
> On Nov 22, 2010, at 4:36 PM, "Charles H. Lichtman" <CLichtman@bergersingerman.com> wrote:
>
>> My next available date is the afternoon of Dec 3. After that, Monday Dec 13.
>>
>> 
>>
>> **Charles H Lichtman**
>>
>> 350 East Las Olas Boulevard
>> Suite 1000
>> Fort Lauderdale, FL  33301
>> Telephone: (954) 525-9900
>> Fax: (954) 523-2872
>>
>> Direct Line: (954) 712-5138
>> E-mail: CLichtman@bergersingerman.com
>>
>> Boca Raton    Ft. Lauderdale    Miami    Tallahassee
>>
>> www.bergersingerman.com
>>
>> 🖨 **Please consider the environment before printing this email.**
>>
>> This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.
>>
>> ******************************************************************
>>
>> CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion."  We have not conducted, nor have we been asked to conduct, that type of analysis in this communication.  To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>>
>> ******************************************************************